UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 14, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Dannielle Hill, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-19-3873 |
| | § | |
| The Hertz Corporation, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# Final Dismissal

On the agreement of the parties, the case is dismissed with prejudice. (29)

Signed on June 14, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge